UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**  **DATE: 8/14/2024**
**JUDGE GEORGETTE CASTNER**
**COURT REPORTER: KIM WILSON**

**TITLE OF CASE:**  Docket # 23CR635(GC)
UNITED STATES OF AMERICA
   v.
ISRAFIL DAVID DEMIR
    DEFENDANT NOT PRESENT.

**APPEARANCES:**
Samantha Fasanello, AUSA, for Government
Riza Dagli, Esq. for Defendant
Daniel Carney, USPO

**NATURE OF PROCEEDINGS: TELEPHONE CONFERENCE HELD**
Telephone Conference Held.

| | |
|---|---|
| **Time Commenced:** | 10:00 a.m. |
| **Time Adjourned:** | 10:10 a.m. |
| **Total Time:** | 10 minutes |

s/ *Jamie Quinn*
**DEPUTY CLERK**