# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

OFFICE: TRENTON  
JUDGE GEORGETTE CASTNER  
COURT REPORTER: KIM WILSON

DATE: OCTOBER 23, 2024

**TITLE OF CASE:**  
UNITED STATES OF AMERICA  
v.  
ISRAFIL DEMIR,  
    DEFENDANT PRESENT.

**CRIM. NO. 3:23-CR-635(GC)**

**APPEARANCES:**  
Samantha Fasanello, AUSA for Government  
Riza Ismail Dagli, Esq. for Defendant  
Daniel Carney, USPO

**NATURE OF PROCEEDINGS: SENTENCING ON COUNT 1 OF THE INFORMATION**  
IMPRISONMENT: 364 days.  
SUPERVISED RELEASE: 3 years with special conditions.  
SPECIAL ASSESSMENT: $100.  
FINE: Waived.  
Restitution to be determined.  
Defendant advised of his right to appeal.  
Defendant released on conditions of bail as previously imposed.

Time Commenced:     11:29 a.m.  
Time Adjourned:     12:37 a.m.  
Total Time:         1 hour 8 minutes

                                                            s/ *Jamie Quinn*  
                                                            **DEPUTY CLERK**